```
LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GINNY BURNS, ) | No.  EDCV 09-1686 JEM |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner Of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($3,400.00) subject to the terms of the stipulation.

DATE:  March 21, 2011      */s/John E. McDermott*_____
                           HON. JOHN E. MCDERMOTT
                           UNITED STATES MAGISTRATE JUDGE

-1-